

RECEIVED JUL 28 2016 CLERK U.S. DISTRICT COURT RICHMOND, VA.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| TERESA WILBURN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 3:15CV-00737-MHL |
| HOME DEPOT U.S.A., INC., | : |
| HD DEVELOPMENT OF MARYLAND, INC. | : |
| Defendants. | : |

### DISMISSAL ORDER

This day came the parties to this action, by their attorneys, and advised the Court that they have compromised and settled their differences. Whereupon, on their joint motion, it is accordingly

ORDERED, ADJUDGED and DECREED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE, with each party to pay their own taxable court costs.

And the Clerk of this Court is directed to forthwith certify a copy of this Order to each counsel of record.

ENTER: 7/29/16

/s/ M. Hannah Lauck
United States District Judge

_____
Judge

SEEN AND AGREED:

*[signature]*

Brian A. Cafritz, VSB# 84366
Jessica G. Relyea, VSB# 76775
*Counsel for Home Depot U.S.A., Inc.
and HD Development of Maryland, Inc.*
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300 / (804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com
Jessica.Relyea@kpmlaw.com


SEEN AND AGREED:

*[signature]*

Brody H. Reid, Esq.
Brook T. Alexander, Esq.
ReidGoodwin, PLC
1805 Monument Avenue, Suite 203
Richmond, Virginia 23220
(804) 415-7800 / (804) 415-7560 (fax)
breid@reidgoodwin.com
*Counsel for Plaintiff*


Jonathan E. Halperin, Esq.
Halperin Law Center, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059
(804) 527-0100 / (866) 335-1502 (fax)
jonathan@halperinlegal.com
*Counsel for Plaintiff*